UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVON M. WILLIAMS,

       Petitioner,                        Case No. 19-cv-11754
                                                  Hon. Matthew F. Leitman

v.

MATT MACAULEY,

       Respondent.
_____/

## ORDER EXTENDING TIME FOR PETITIONER
## TO RESPOND TO ORDER TO SHOW CAUSE

Michigan prisoner DeVon M. Williams is presently confined at the Bellamy Creek Correctional Facility in Ionia, Michigan. On June 12, 2019, Williams, acting *pro se*, filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) In the petition, Williams challenges his Oakland County Circuit Court plea convictions of two counts of armed robbery. Williams claims that he was subjected to an improper lineup and identification and that he was provided the ineffective assistance of trial counsel. (*See id.*)

On August 28, 2019, the Court entered an order to show cause in which it directed Williams to show cause, in writing, why it should not dismiss his petition because it was untimely. (*See* Order, ECF No. 6.) The Court ordered Williams to

1

respond to the show cause order by no later than October 28, 2019. (*See id.*, PageID.26.)

Williams responded to the show cause order on October 13, 2019. (*See* Resp., ECF No. 7.) In that response, Williams told the Court that he was "ready to … sen[d] out" a substantive response to the show cause order when "all [of his] legal work was thrown away." (*Id.*, PageID.28.) Williams therefore requested additional time to file a substantive response to the show cause order.

The Court has reviewed Williams' response and concludes that granting him additional time to fully respond to the show cause order is warranted. Accordingly, Williams shall file his response to that order by no later than **April 6, 2020**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 3, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2